IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RYON STACY REESE,

                                                                                                    ORDER

                Petitioner,

                                                                                   16-cv-83-bbc

    v.

GREGORY GRAM,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Ryon Stacy Reese has filed a motion for a default judgment on the ground that respondent Gregory Gram failed to respond to the petition for a writ of habeas corpus by the deadline imposed by the court. Dkt. #17. However, on May 4, 2016, Magistrate Judge Stephen Crocker granted respondent's motion for an extension of time. Dkt. #16. Respondent now has until June 16, 2016 to respond to the petition. Although I am denying petitioner's motion, respondent should not expect to receive any further extensions in the absence of extraordinary circumstances.

1

ORDER

IT IS ORDERED that petitioner Ryon Stacy Reese's motion for a default judgment, dkt. #17, is DENIED.

Entered this 1st day of June, 2016.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge